14 A.3d 798

**COMMONWEALTH of Pennsylvania, appellee**

v.

**Richard McMULLEN, appellant.**

**Nos. 22 & 23 EAP 2010.**

Supreme Court of Pennsylvania.

Feb. 8, 2011.

## *ORDER*

PER CURIAM.

**AND NOW,** this 8th day of February, 2011, Appellant's Applications to Discontinue Appeal are GRANTED.